[No. 32963-4-I.   Division One.   August 21, 1995.]

RICHARD FOLDVIK, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-10855-3, Jerome Johnson, J., entered May 5, 1993. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Grosse, J.


[No. 33768-8-I.   Division One.   August 21, 1995.]

THE CITY OF KENT, *Respondent*, v. BRENDAN K. IDDENS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03115-3, Richard M. Ishikawa, J., entered October 5, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.


[No. 33835-8-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY BERNARD ANDRINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05096-4, Deborah Fleck, J., entered November 15, 1993. *Dismissed* by unpublished per curiam opinion.